IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL A. LEON, | CASE NO. 5:12-cv-04340 EJD |
| Plaintiff(s), | **ORDER DENYING IN FORMA PAUPERIS STATUS ON APPEAL** |
| v. | |
| STATE OF ARIZONA, ET AL, | |
| Defendant(s). | |

On October 15, 2012, this court dismissed Plaintiff Michael A. Leon's ("Plaintiff") complaint pursuant to 28 U.S.C. § 1915(e)(2) because this action was commenced in an improper venue. See Docket Item No. 24. Plaintiff has appealed from that order (see Docket Item No. 25), and the Court of Appeals has requested that this court determine whether Plaintiff should retain *in forma pauperis* status on appeal.

"An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). This section is generally construed to mean that an appeal must not be frivolous. See, e.g., Coppedge v. United States, 369 U.S. 438, 445 (1962) (holding that the term "'good faith' . . . must be judged by an objective standard" and is demonstrated when appellant seeks review "of any issue not frivolous."); Ellis v. United States, 356 U.S. 674, 674 (1958) ("In the absence of some evident improper motive, the applicant's good faith is established by the presentation of any issue that is not plainly frivolous."); Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002) ("If at least one issue or claim is found to be

non-frivolous, leave to proceed in forma pauperis on appeal must be granted for the case as a whole.").

Having reviewed this matter, the court concludes there are no valid grounds on which to base an appeal. Accordingly, the court certifies that Plaintiff's appeal is not taken in good faith pursuant to 28 U.S.C. § 1915(a)(3) and denies *in forma pauperis* status for the current appellate proceedings.

**IT IS SO ORDERED.**

Dated: November 6, 2012



EDWARD J. DAVILA
United States District Judge

2
CASE NO. 5:12-cv-04340 EJD
ORDER DENYING IN FORMA PAUPERIS STATUS ON APPEAL